IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES of the CHICAGO REGIONAL COUNCIL OF CARPENTERS PENSION FUND, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Case No. 16 C 8823 |
| | ) ) | Judge Mason |
| v. | ) ) | |
| RITEWAY-HUGGINS CONSTRUCTION SERVICES, INC. and LARRY HUGGINS | ) ) ) | |
| Defendants. | ) | |

## Amended Motion to Reinstate and for Judgment

Plaintiffs, by its attorney, Daniel P. McAnally, move this Honorable Court for reinstatement of this case and for judgment and in support Plaintiffs state:

1. This is and ERISA trust fund case seeking delinquent contributions, interest, liquidated damages, dues check-off and attorney fees. The original Motion to Reinstate and for Judgment was filed on January 24, 2018. That motion was entered and continued from time to time and now to March 22, 2018. Plaintiffs now bring this Amended Motion to reflect payments made and additional attorney fees and ERISA damages incurred.

2. On October 4, 2017 this case was dismissed pursuant to the settlement of the parties, with leave to reinstate by March 15, 2018. (Exhibit A, "Agreed Order of Dismissal")

3. Pursuant to the Order, Defendants agreed to pay $23,748.93 in two partial payments. If the Defendant defaulted on the payments, the Plaintiffs retained the right to reinstate this case and enter judgment for the balance owed on the payment arrangement plus all additional amounts incurred. Larry Huggins is personally liable for the dues check-off in the amount of $1,592.87. (Exhibit A, paragraphs 3 and 4.)

4. Defendants did not make the payments in accordance with the Order and are now in default.

5. The Defendants submitted the monthly contribution reports but failed to submit the ERISA contributions shown to be owed in the amount of $26,007.38 for the months of August 2017 through February 2018. The Defendants also failed to remit the union dues it withheld from the employees' wages. The amount of dues withheld is $1,528.53 for the period September 2017 through February 2018. (Exhibit C, affidavit of Kristina M. Guastaferri, CPA, Administrator, Chicago Regional Council of Carpenters Benefit Funds)

6. Riteway-Huggins Construction Services, Inc. owes interest on the unpaid ERISA contributions in the amount of $247.27 pursuant to the Trust Agreements and 29 U.S.C. §1132(g)(2)(B). (Exhibit C)

7. Riteway-Huggins Construction Services, Inc. owes liquidated damages on the unpaid ERISA contributions in the amount of $8,062.63 for the period May 2015 through January 2018 pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(C)(ii). (Exhibit C)

8. The Defendant owes the sum of $7,618.50 representing the attorney fees included in the Order (Exhibit B). Defendant owes an additional $3,288.50 in attorney fees as a result of the breach which are recoverable pursuant to the Agreed Order. The total owed for attorney fees is $10,907.00. (Exhibit D, affidavit of Daniel P. McAnally)

WHEREFORE, Plaintiffs pray that this case be reinstated and that judgment be entered against Riteway-Huggins Construction Services, Inc. in the amount of $46,752.81 and against Larry Huggins in the amount of $1,528.53.

> Respectively submitted,
>
> s/ Daniel P. McAnally
> Attorney for Plaintiffs

McGann, Ketterman & Rioux
111 E. Wacker Drive, Suite 2600
Chicago, IL 60601
(312) 251-9700
dmcanally@mkrlaborlaw.com